

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00643-CR

Juan Jose **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th District Court, Bexar County, Texas
Trial Court No. 2008-CR-6418
The Honorable Sid Harle, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED, and the trial court's judgment is AFFIRMED.

SIGNED June 12, 2013.

Marialyn Barnard, Justice